# EXHIBIT A

Case 3:07-cv-00453-WKW-WC   Document 2-2   Filed 05/21/2007   Page 1 of 12

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| TERICA BAKER,<br>    Plaintiff,<br><br>vs.<br><br>TRI-NATIONS EXPRESS, INC., d/b/a<br>T N X, Inc., a company;<br>EDUVIGES PENA, an individual, and<br>SHAMECA MONECA BAKER, an<br>individual; and No. 1, whether<br>singular or plural, that entity or<br>those entities who or which was or<br>were the owners of the tractor trailer<br>driven by EDUVIGES PENA,<br>on the date of the occurrence made the<br>basis of this lawsuit; No. 2, whether<br>singular or plural, that person,<br>partnership, corporation or entity<br>who entrusted EDUVIGES PENA,<br>with a motor vehicle<br>on the date of the occurrence made the<br>basis of this suit; No. 3, whether singular<br>or plural, that person, partnership,<br>corporation or entity which had any<br>input into or control over the<br>management and/or supervision of<br>EDUVIGES PENA on the date<br>of the occurrence made the basis of this<br>lawsuit; No. 4, whether singular<br>or plural, that person, partnership,<br>corporation or entity other than<br>those described above, whose<br>negligence and/or wanton<br>conduct and/or other wrongful conduct<br>contributed to cause the occurrence<br>made the basis of this lawsuit; No. 5,<br>whether singular or plural, that<br>person, partnership, corporation or<br>entity which provide any insurance<br>coverage of whatever kind or<br>character to any of the named or<br>fictitious defendants herein; No. 6,<br>whether singular or plural, that entity<br>or those entities, other than those | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.: CV 07-45
PLAINTIFF DEMANDS JURY TRIAL



| | |
|---|---|
| described above, which is the successor in interest of any of the entities described above. Plaintiff avers that the identities of the fictitious party defendants herein are otherwise unknown to the plaintiff at this time; or if their names are known to the plaintiff at this time, their identities as proper party defendants are not known, and their true names will be substituted by amendment when ascertained. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## COMPLAINT

## THE PARTIES

1. Plaintiff, Terica Baker, is a resident of 244 College Street, Brundidge, Alabama 36010 and is over the age of nineteen (19) years.

2. Defendant, TRI-NATIONS EXPRESS, INC., d/b/a T N X, Inc., upon information and belief, is a company incorporated in and doing business in McAllen, Texas.

3. Defendant, EDUVIGES PENA, upon information and belief, is a resident of San Juan, Texas and is over the age of nineteen (19) years.

4. Defendant, Shameca Moneca Baker, is a resident of 326 John Street, Brundidge, Alabama 36010 and is over the age of nineteen years.

4. The defendants, Nos. 1,2,3,4,5, and 6, whose correct names and identities are unknown to the plaintiffs at this time but who will be more correctly named when their identities are ascertained and the respective persons and/or entities who or which fit the description below:

No. 1, whether singular or plural, that person, partnership, corporation or entity who or which owned the tractor trailer driven by EDUVIGES PENA on the date of the occurrence made

the basis of this lawsuit; No. 2, whether singular or plural, that person, partnership, corporation or entity who entrusted EDUVIGES PENA with a motor vehicle on the date of the occurrence made the basis of this lawsuit; No. 3, whether singular or plural, that person, partnership, corporation or entity which had any input into or control over the management and/or supervision of EDUVIGES PENA on the date of the occurrence made the basis of this lawsuit; No. 4, whether singular or plural, that person, partnership, corporation or entity other than those described above, whose negligence and/or wanton conduct and/or other wrongful conduct contributed to cause the occurrence made the basis of this lawsuit; No. 5, whether singular or plural, that person, partnership, corporation or entity which provide any insurance coverage of whatever kind or character to any of the named or fictitious defendants herein; No. 6, whether singular or plural, that entity or those entities, other than those described above, which is the successor in interest of any of the entities described above. Plaintiff avers that the identities of the fictitious party defendants herein are otherwise unknown to the plaintiff at this time; or if their names are known to the plaintiff at this time, their identities as proper party defendants are not known, and their true names will be substituted by amendment when ascertained.

## COUNT I

### NEGLIGENCE OR WANTONNESS

5. Plaintiff realleges paragraphs 1 through 4 of the Parties section with all the force and effect as if it were herein stated.

6. On or about the 22nd day of October, 2006, upon a public road, to-wit: Interstate 85 North between Macon County Road 53 and the Lee County Line, Macon County, Alabama, Defendant Eduviges Pena, and/or Defendant TRI-NATIONS EXPRESS, INC., and/or one or

more of the fictitious parties named and described in the caption hereof negligently or wantonly caused or allowed a vehicle to collide with the automobile plaintiff was a passenger.

7. As a proximate consequence of the defendants' negligence or wantonness, plaintiff Terica Baker was caused to suffer the following injuries and damages:

(a) Plaintiff was knocked, shocked, bruised, contused, and suffered severe injuries to her body;

(b) Plaintiff was caused to incur hospital, physicians' and medical expenses in the past;

(c) Plaintiff suffered great pain and suffering from the injuries caused by the defendants;

(d) Plaintiff will continue to incur hospital, physicians' and medical expenses in the future;

(e) Plaintiff continues to suffer great pain and suffering caused by the defendants and will continue to do so in the future;

(f) The capacity of the Plaintiff to enjoy life and to participate in many social and physical activities which she previously engaged has been reduced;

(g) Plaintiff suffered severe mental anguish and/or emotional distress from the said injuries caused by the defendants;

8. At all time material to this lawsuit, defendant EDUVIGES PENA was acting in the line and scope of his employment with defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious defendants named and described in the caption hereof or was acting as an agent or employee of defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious defendants named and described in the caption hereof and was acting in furtherance of his employment with defendant TRI-NATIONS EXPRESS, INC..

**WHEREFORE, PREMISES CONSIDERED,** plaintiff demands a judgment against the defendants jointly and severally, for compensatory and punitive damages plus interests and costs in an amount in excess of the minimum jurisdictional amount of the circuit courts of this State as

may be assessed by the jury.

## COUNT II

### NEGLIGENT ENTRUSTMENT

9. Plaintiff realleges and adopts by reference all the allegations contained in paragraphs 1 through 8 with all the force and effect as if fully set out herein.

10. At all times material to this lawsuit Defendant EDUVIGES PENA was in charge or control of the vehicle entrusted to him by Defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption hereof. Defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption hereof negligently or wantonly entrusted the said vehicle to defendant EDUVIGES PENA prior to the subject automobile collision.

11. As a proximate consequence of defendants' negligence or wantonness, plaintiff Terica Baker was caused to suffer the following injuries and damages:

(a) Plaintiff was knocked, shocked, bruised, contused, and suffered severe injuries to her body;

(b) Plaintiff was caused to incur hospital, physicians' and medical expenses in the past;

(c) Plaintiff suffered great pain and suffering from the injuries caused by the defendants;

(d) Plaintiff will continue to incur hospital, physicians' and medical expenses in the future;

(e) Plaintiff continues to suffer great pain and suffering caused by the defendants and will continue to do so in the future;

(f) The capacity of the Plaintiff to enjoy life and to participate in many social and physical activities which she previously engaged has been reduced;

(g) Plaintiff suffered severe mental anguish and/or emotional distress from the said

injuries caused by the defendants;

**WHEREFORE, PREMISES CONSIDERED,** plaintiff demands a judgment against the defendants jointly and severally, for compensatory and punitive damages plus interests and costs in an amount in excess of the minimum jurisdictional amount of the circuit courts of this State as may be assessed by the jury.

## COUNT III

### SUBSEQUENT NEGLIGENCE

12. Plaintiff realleges and adopts by reference all the allegations contained in paragraphs 1 through 11 with all the force and effect as if fully set out herein.

13. Defendant EDUVIGES PENA, Defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption herein after knowing and observing the vehicle occupied by Plaintiff, Terica Baker in a perilous position, negligently or wantonly failed to keep a proper lookout and avoid the collision.

14. As a proximate consequence of defendants' negligence or wantonness, plaintiff, Terica Baker was caused to suffer the following injuries and damages:

   (a)   Plaintiff was knocked, shocked, bruised, contused, and suffered severe injuries to her body;

   (b)   Plaintiff was caused to incur hospital, physicians' and medical expenses in the past;

   (c)   Plaintiff suffered great pain and suffering from the injuries caused by the defendants;

   (d)   Plaintiff will continue to incur hospital, physicians' and medical expenses in the future;

   (e)   Plaintiff continues to suffer great pain and suffering caused by the defendants and will continue to do so in the future;

    (f)    The capacity of the Plaintiff to enjoy life and to participate in many social and physical activities which she previously engaged has been reduced;

    (g)    Plaintiff suffered severe mental anguish and/or emotional distress from the said injuries caused by the defendants;

**WHEREFORE, PREMISES CONSIDERED,** plaintiff demands a judgment against the defendants jointly and severally, for compensatory and punitive damages plus interests and costs in an amount in excess of the minimum jurisdictional amount of the circuit courts of this State as may be assessed by the jury.

## COUNT IV

### NEGLIGENT AND/OR WANTON HIRING, TRAINING AND SUPERVISION

15. Plaintiff realleges and adopts by reference all the allegations contained in paragraphs 1 through 14 with all the force and effect as if fully set out herein.

16. Defendants TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption herein had a duty to use reasonable care in hiring, training and supervision of defendant EDUVIGES PENA.

17. Defendants TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption herein failed to use reasonable care or recklessly and/or wantonly hired EDUVIGES PENA and/or failed to adequately train and supervise defendant EDUVIGES PENA.

18. The negligent and/or wanton actions of defendant EDUVIGES PENA arose out of the line and scope of his duties with defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption herein, therefore,

defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption herein are vicariously liable for the actions of defendant EDUVIGES PENA.

19. As a proximate consequence of defendants' negligence or wantonness, plaintiff Terica Baker was caused to suffer the following injuries and damages:

(a) Plaintiff was knocked, shocked, bruised, contused, and suffered severe injuries to her body;

(b) Plaintiff was caused to incur hospital, physicians' and medical expenses in the past;

(c) Plaintiff suffered great pain and suffering from the injuries caused by the defendants;

(d) Plaintiff will continue to incur hospital, physicians' and medical expenses in the future;

(e) Plaintiff continues to suffer great pain and suffering caused by the defendants and will continue to do so in the future;

(f) The capacity of the Plaintiff to enjoy life and to participate in many social and physical activities which she previously engaged has been reduced;

(g) Plaintiff suffered severe mental anguish and/or emotional distress from the said injuries caused by the defendants;

**WHEREFORE, PREMISES CONSIDERED**, plaintiff demands a judgment against the defendants jointly and severally, for compensatory and punitive damages plus interests and costs in an amount in excess of the minimum jurisdictional amount of the circuit courts of this State as may be assessed by the jury.

## COUNT V

## NEGLIGENCE OR WANTONNESS

20. Plaintiff realleges paragraphs 1 through 19 of the Parties section with all the force and effect as if it were herein stated.

21. On or about the 22nd day of October, 2006, upon a public road, to-wit: Interstate 85 North between Macon County Road 53 and the Lee County Line, Macon County, Alabama, Defendant, Shameca Moneca Baker was operating a 1998 GMC Jimmy in the left hand lane, which was owned by Plaintiff, Terica Baker, in which Plaintiff was a passenger, when the right front tire of said automobile blew out. After the tire blew out the Defendant, Shameca Moneca Baker, negligently and/or wantonly operated said vehicle by slowing down and stopping in said lane. That said negligence and wantonness of Defendant, Shameca Moneca Baker combined and concurred with the negligent and wanton conduct of Defendant Eduviges Pena, and/or Defendant TRI-NATIONS EXPRESS, INC., and/or one or more of the fictitious parties named and described in the caption hereof negligently or wantonly caused or allowed a vehicle to collide with the automobile plaintiff was a passenger.

22. As a proximate consequence of the defendants' combined and concurring negligence or wantonness, plaintiff Terica Baker was caused to suffer the following injuries and damages:

(a) Plaintiff was knocked, shocked, bruised, contused, and suffered severe injuries to her body;

(b) Plaintiff was caused to incur hospital, physicians' and medical expenses in the past;

(c) Plaintiff suffered great pain and suffering from the injuries caused by the defendants;

(d) Plaintiff will continue to incur hospital, physicians' and medical expenses in the future;

(e) Plaintiff continues to suffer great pain and suffering caused by the defendants and will continue to do so in the future;

(f) The capacity of the Plaintiff to enjoy life and to participate in many social and physical activities which she previously engaged has been reduced;

(g) Plaintiff suffered severe mental anguish and/or emotional distress from the said injuries caused by the defendants;

WHEREFORE, PREMISES CONSIDERED, plaintiff demands a judgment against the defendants jointly and severally, for compensatory and punitive damages plus interests and costs in an amount in excess of the minimum jurisdictional amount of the circuit courts of this State as may be assessed by the jury.

Respectfully submitted,

_/s/ Milton C. Davis_
MILTON C. DAVIS (DAV 035)
Attorney for Plaintiff

304 N. MAIN STREET
P. O. BOX 830509
TUSKEGEE, ALABAMA 36083-0509
Tel. (334) 727-6500
Fax (334) 727-6556

## JURY DEMAND

PLAINTIFF HEREBY DEMANDS TRIAL BY JURY

_/s/ Milton C. Davis_
MILTON C. DAVIS (DAV 035)
Attorney for Plaintiff

**SERVE DEFENDANTS AT:**

WAYNE PHILLIPS
Registered Agent
TRI-NATIONS EXPRESS, INC.
d/b/a T N X, INC.
1213 W. Express 73
Pharr, Texas 78577
(210) 787-0071

EDUVIGES PENA
350 E. 15th Street
San Juan, Texas 78589
(756) 782-0156

SHAMECA MONECA BAKER
326 John Street
Brundidge, AL 36010
(334) 333-8834