IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERICA BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-00453-WKW |
| ) | |
| TRI-NATIONS EXPRESS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

The clerk of the court is DIRECTED to place the following documents under seal due to the removing party's failure to comply with the E-Government Act, which requires parties either to refrain from including in or to redact personal data identifiers (e.g., names of minor children and social security numbers) from all filings *(See General Order Implementing Requirement of the E-Government Act*, 2:04-mc-3228):

    1.    Exhibit B (Answer and Cross Claims of Defendant Shameca Moneca Baker) to Notice of Removal;

    2.    Memorandum Brief (Doc. # 2);

    3.    Exhibit B (Accident Report) to Memorandum Brief; and

    4.    Exhibit C (miscellaneous) to Memorandum Brief.

It is ORDERED that the removing party shall file on or before May 30, 2007, new or redacted documents (which fully comply with the E-Government Act) to be substituted for those that have been placed under seal.

DONE this the 24th day of May.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE