IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERICA BAKER, | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | |
| | * | Civil Action No.: 3:07-CV-453 |
| TRI-NATIONS EXPRESS, | * | |
| INC. d/b/a TNX, INC.; | * | |
| EDUVIGES PENA; et al., | * | |
| | * | |
| **Defendants** | * | |

---

## DEFENDANTS TRI-NATIONS EXPRESS, INC. and EDUVIGES PENA'S MOTION FOR EMERGENCY DEPOSITION NOTICE AND SUBPOENA DUCES TECUM

---

COME NOW **TRI-NATIONS EXPRESS, INC. d/b/a TNX, INC.** ("TNX")

and **EDUVIGES PENA** ("PENA"), Defendants in the above-styled cause, and

respectfully request that this court enter an emergency order allowing these

Defendants to depose Alabama State Trooper Jason Black ("Trooper Black") and

ordering Trooper Black to produce any and all investigative materials created or

obtained by him during his investigation of the motor vehicle accident made the basis

of this lawsuit. In support of said motion, these Defendants set forth and assign as

-1-

follows:

1.  On or about October 22, 2006, Plaintiff Terica Baker and Defendant Shameca Baker, along with Shameca Baker's children, ███████████ and ████████ ████████ were involved in an automobile accident in Macon County, Alabama.[1] Shameca Baker was driving the vehicle in which Terica Baker and the children were riding. Terica Baker is the mother of Shameca Baker and the grandmother of ████████████ and █████████████ and is believed to be the owner of the vehicle operated and occupied by these persons.

2.  The automobile accident was investigated by Alabama State Trooper Jason Black. (See Accident Report, attached hereto as **"Exhibit A".**) Upon information and belief, Trooper Black took videotaped statements from Defendants Pena and Shameca Baker. Upon information and belief, Trooper Black may also have written statements from witnesses to the accident.

3.  On or about April 19, 2007 Plaintiff Terica Baker filed a complaint in the Circuit Court of Macon County, Alabama. (See Plaintiff's Complaint, attached hereto as **"Exhibit B".**) Named as defendants were Shameca Baker, TNX and Pena.

---

[1]There was another individual, Jessica Filo, in the vehicle at the time of the accident. Defendants TNX and Pena are currently unaware of any lawsuits involving Filo concerning said accident.

4.   Defendants TNX and Pena subsequently removed the lawsuit to this court and allege that Shameca Baker was fraudulently joined for the purpose of destroying complete diversity of citizenship and thereby preventing this lawsuit from being removed by Defendants TNX and Pena to federal court.[2]

5.   The only claims asserted by Plaintiff Terica Baker against Defendant Shameca Baker are claims of negligence and wantonness.  Defendants TNX and Pena assert that under Alabama law Plaintiff Terica Baker does not have actionable negligence and wantonness claims against Defendant Shameca Baker.

6.   As such, these Defendants respectfully request this court enter an emergency order allowing Defendants to depose Trooper Black and ordering Trooper Black to produce any and all materials he created during his investigation of the subject automobile accident.

7.   It is believed that the deposition testimony of Trooper Black, along with Trooper Black's investigative materials, will support the contention of Defendants TNX and Pena that there is no way Plaintiff Terica Baker has a valid negligence and/or wantonness claim against Defendant Shameca Baker.

---

[2]Plaintiff Terica Baker and Defendant Shameca Baker are both residents of Alabama.  Defendants TNX and Pena are both residents of Texas.

WHEREFORE, premises considered, Defendants TNX and Pena respectfully request this court grant an emergency order allowing these Defendants to depose Alabama State Trooper Jason Black and ordering Trooper Black to produce any and all investigative materials created or obtained by him during his investigation of the motor vehicle accident made the basis of this lawsuit, as such is expected to support Defendants TNX and Pena's positions concerning fraudulent joinder.

Respectfully submitted,

K. DONALD SIMMS
ASB-9801-M63K
*Counsel for Defendants TNX and Pena*

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
The Financial Center
505 20th Street , N., Suite 500
Birmingham, Alabama 35203
Telephone:   (205) 226-5200
Facsimile:   (205) 226-5226
E-mail:       kerisimms@mhsolaw.com

_____
STANLEY GRAY
ASB-4274-U79W
*Counsel for Defendants TNX and Pena*

OF COUNSEL:
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083-0239
Telephone:  (334) 727-4830
Facsimile:  (334) 727-5877
E-mail:      sgray@glsmgn.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading by placing

a copy of same in the United States Mail, first-class postage prepaid, on this the 21st

day of May, 2007:

        Mr. Milton Davis
        P.O. Box 830509
        Tuskegee, AL 36083-0509
           *Counsel for Terica Baker*

        Mr. Charles James
        Mr. Tyrone C. Means
        THOMAS, MEANS, GILLIS & SEAY, P.C.
        P.O. Drawer 5058
        Montgomery, AL 36103-5058

_____
OF COUNSEL

-5-

# EXHIBIT A

AST-27
REV. 1/81

NOV 0 6 2006   **ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT**   OPS 6524206   Accident No.

Shade Area To Be Used By Data Processing Only   Sheet 1 of 3 Sheet(s)   Microfilm No.   Local Case No.

| Date | Time | Day of Week | County | City | Rural | Highway Classification | Local Zone |
|---|---|---|---|---|---|---|---|
| 10 22 2006 | 4:45 AM/PM | M T W TH F S | 46 | | X | |

**LOCATION AND TIME**  N 32.44691°  W 85.6079°

On Street, Road or Highway: **I 85**   As Intersection of or Nearest (Node 1): **Co Rd 53**   And (Node 2): **Lee Co Line**

Street/Road #-Code: **I085**   7477   7515   Feet From / At N/A: 16

Intersection Related — Node 1 — Node 2 — Not Int. Related   Event Location   Distance to Fixed Object: N/A FT   Mile Post **043.1710**

205035

| UNIT NO 1 | DRIVER | Driver Full Name: **Shameca Moneca Baker 326 John St** | Street Address | City and State: **Brundidge, Al** | ZIP **36016** | Telephone No (334) 333-8834 |
|---|---|---|---|---|---|---|

Month/Day/Year: **11 23 1980**   Sex **F**   Race **B**   DL State **AL**   Driver License No **6922671**   DL Status   List Restrictions Not Complied With: **D R**   COL Status   List Endorsements/ Not Complied With: Yes 25 Miles No   Social Security No.

LEFT SCENE   Place of Employment: **Fish Chicken and BBQ Tzz in Brundidge, AL**   Liability Insurance Co. **unk**

COM VEH   Driver Condition: No Defect — Fatigued — Other   Sobriety   Alcohol Drugs: No Yes — No Test   Type Test Given: Blood Test — Urine Test — Breath Test — Unable to Administer — No Test   Prime Narr Event   Event Loc

Maneuver/Action: **18**   Travel Road Area: **I 85**   Road Code: **I085**   Travel Direction: **20**   Other Contr Circumstance   Prime Narr Event: **20**

| UNIT 1 | VEHICLE | Veh Year **1998** | Make **GMC** | Model **Jim** | Body | V.I.N. **1GKDT13W5W254 3246** | License Tag Number **55B540P** | State **AL** | Year **2007** |
|---|---|---|---|---|---|---|---|---|---|

Owner's Name: **Terica Baker**   Street or RFD: **244 College St**   City: **Brundidge**   State **AL**   ZIP **36010**

Type: 1-Auto 2-StaWagon 3-Pick Up 4-Van 5-Truck Tractor 6-Other Truck 7-Comm. Bus 8-School Bus 9-Other Bus 10-Motorcycle 11-Moped 12-M. Scooter 13-Pedal Cycle 14-Farm Mach. 15-Train 16-Road Equip. 17-Ridden Animal 18-M. Home (R.V.) 19-ATV 98-Other

Usage: 1-Personal 2-Driver Trng. 3-Construction 4-Ambulance/Paramedical 5-Military 6-Taxi 7-Transport Prep. 8-Agriculture 9-Wrecker/Tow 10-Police 11-Other Business 12-Bus/Pass. Transport. 13-Fire Fighting 98-Other

Hazardous Cargo: 0-None 1-Explosive 2-Gas 3-Flam/Combust Lia. 4-Flammable Solids 5-Oxidizer/Peroxide 6-Poison 7-Radioactive Matl. 8-Corrosive Material 98-Other

Attachment: 0-None 1-Mobile Home 2-Semi Trailer 3-Utility Trailer 4-4 Wheel Trailer 5-Boat Trailer 6-Camper Trailer 7-Towed Vehicle 8-Pole Trailer 9-Double Trailer 88-Other

Contributing Defect: 0-None 1-Brakes 2-Steering 3-Power Plant 4-Suspension 5-Tires 6-Exhaust 7-Lights 8-Turn Signal 87-Mirror 88-Windows/W. Shield 10-Restraint Sys. 11-Wheels 12-Truck Coupling 13-Cargo 14-Fuel System 99-Unknown

Oversized Load (Req. Permit): Yes No   If Yes, Did Owner Have Permit? Yes No

Speed Limit **80** MPH   Est. Speed **80** MPH   Citation Offense Charged: **None**   Damage Severity: Disabled — Not Disabled   Vehicle Towed Away? Yes No   Occupants in Unit: **5**   Attachment **85**

Veh Towed By Whom: **Thrower's Towing**   To Where: **Thrower's Lot**   Enter Point of Initial Impact

---

| UNIT NO | DRIVER | Driver/Pedestrian Full Name: **Eduviges Pena   350 E 15th St San Juan, TX** | Street Address | City and State | ZIP **78586** | Telephone No (956) 782-0156 |
|---|---|---|---|---|---|---|

Month/Day/Year: **07 25 1940**   Sex **M**   Race **W**   DL State **TX**   Driver License No **04264088**   DL Status **A**   List Restrictions **C**   COL Status **A**   List Endorsements Not Complied With: Yes 25 Miles No   **C**

LEFT SCENE   Place of Employment: **Self Employed**   Liability Insurance Co. **Dewry Towing Truck Ins**

COM VEH   Driver Condition: No Defect — Fatigued — Other   Sobriety   Alcohol Drugs: No Yes — No Test   Type Test Given: Blood Test — Urine Test — Breath Test — Unable to Administer — No Test   Prime Narr Event

Maneuver/Action: **01**   Travel Road Area: **I 85**   Road Code: **I085**   Travel Direction: B W A-Not on Rd U-Unk   Other Contr Circumstance   Prime Narr Event: **00**

| VEHICLE OR PEDESTRIAN | Veh Year **2001** | Make **Frht** | Model **N/A** | Body | V.I.N. **1FUJBBCG41LF43279** | License Tag Number **R8GW60** | State **TX** | Year **2007** |
|---|---|---|---|---|---|---|---|---|

Owner's Name: **TriNations Express Inc**   Street or RFD: **1105 Sugar Rd**   City: **Pharr**   State **TX**   ZIP **78577**

Type: 1-Auto 2-StaWagon 3-Pick Up 4-Van 5-Truck Tractor 6-Other Truck 7-Comm. Bus 8-School Bus 9-Other Bus 10-Motorcycle 11-Moped 12-M. Scooter 13-Pedal Cycle 14-Farm Mach. 15-Train 16-Road Equip. 17-Ridden Animal 18-M. Home (R.V.) 19-ATV 98-Other

Usage: 1-Personal 2-Driver Trng. 3-Construction 4-Ambulance/Paramedical 5-Military 6-Taxi 7-Transport Prep. 8-Agriculture 9-Wrecker/Tow 10-Police 11-Other Business 12-Bus/Pass. Transport. 13-Fire Fighting 98-Other

Hazardous Cargo: 0-None 1-Explosive 2-Gas 3-Flam/Comhust Lia. 4-Flammable Solids 5-Oxidizer/Peroxide 6-Poison 7-Radioactive Matl. 8-Corrosive Material 98-Other

Attachment: 1-None 2-Mobile Home 3-Semi Trailer 4-Utility Trailer 5-4-Wheel Trailer 6-Boat Trailer 7-Camper Trailer 8-Towed Vehicle 9-Tanker 10-Double Trailer 88-Other

Contributing Defect: 0-None 1-Brakes 2-Steering 3-Power Plant 4-Suspension 5-Tires 6-Exhaust 7-Lights 8-Turn Signal 87-Windows/W. Shield 10-Restraint Sys. 11-Wheels 12-Truck Coupling 13-Cargo 14-Fuel System 99-Unknown

Oversized Load (Req. Permit): Yes No   If Yes, Did Owner Have Permit? Yes No

Speed Limit **70** MPH   Est. Speed **65** MPH   Citation Offense Charged: **None**   Damage Severity: Disabled — Not Disabled   Vehicle Towed Away? Yes No   Occupants in Unit   Attachment

Veh Towed By Whom: **Thrower's Towing**   To Where: **Thrower's Lot**   Enter Point of Initial Impact

---

**CODES**

Contributing Circumstances / Driver Maneuvers / Pedestrian Action / Event Loc

**SEATING**

| Other Involved Unit (Circle One) | Other Involved Unit (Circle One) | CODES |
|---|---|---|

Unit 1
| 1 | 42 |   | 10 |
| 81 | 85 | 22 |   |

Unit 2
|   | 24 |   | 10 |

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/
Codes Not Applicable

Other Involved Safety Equipment

SAFETY EQUIPMENT

**VICTIMS**

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Belt Used | Ejct Used |
|---|---|---|---|---|---|---|---|---|
| Shameca M. Baker 326 John St Brundidge, AL | | 1 | 1 | A | 25 | F | N | A |
| East AL Medical Center | CARE Ambulance | | | | | | | |
| Jessica A. Fila 111 Villa Dr Apt 52 Enterprise, AL | | 1 | 3 | A | 24 | F | N | A |
| East AL Medical Center | CARE Ambulance | | | | | | | |

**CODES**

Injury Type
K - Killed
B - Broken/Abrasion/Bleeding
A - Visible or Carried From Scene
O - Not Visible — Has Pain/Faint

**NARRATIVE AND DIAGRAM**

— See supplemental sheet —

Officer's Opinion of What Happened: Vehicle1 was traveling Northbound on I85. V1 was traveling on the inside travel lane. The driver of V1 stated that as she was steering the right front tire of her vehicle "Blew out". The driver of V1 hit brakes in an attempt to regain control from the tire "Blow out". The driver of V1 stated that she wanted to pull off the road but was unable to because there was a tractor trailer on her right side and a guardrail on the left side. As V1 was attempting to slow down, V2 was traveling (Cont on Supplemental Sheet)

**ROADWAY ENVIRONMENT**

| | Contributing Road Defects | Surface Construction | Condition | Accident Is Or Related To Road Construction Zone? | Material In Roadway (Contributing) | Material Source | Character |
|---|---|---|---|---|---|---|---|
| Unit 1 | 1 - None | 1 - Asphalt | 1 - Dry | Yes | 1 - None  6 - Gravel | 1 - Not Applicable | 1 - Straight—Level  7 - Curve—Down Grade |
| Unit 2 | | | | | | | |

**INVESTIGATION**

Time Police Notified: 4:48
Time Police Arrived: 5:04
Time EMS Arrived: 5:11
Name of Photographer: Tpr J L Black

Name of Investigating Officer: Tpr J L Black   Officer ID: #812   Agency ORI: AL AST 4300
Name of Other Investigating Officer(s) at Scene: Tpr S. Hannah   Officer ID: #1411   Agency ORI: AL AST 4300

Signature of Investigating Officer: J.L. Black #812   Date: 10-22-2006

**ALABAMA**
**UNIFORM TRAFFIC ACCIDENT REPORT**

6524206

LOCAL CASE NO. _____

AST No. 34 Rev. 4/86

**SUPPLEMENTAL SHEET**

SHEET **2** OF **3** SHEET(S)

| | Name / Taken to | Address / Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejec-tion | First Aid By |
|---|---|---|---|---|---|---|---|---|---|
| **3** | Terica A. Baker 244 College St Brundidge, AL | | 1 | 6 | A | 42 | F | N | A |
| | Taken to: East AL Medical Center | Taken by: CARE Ambulance | | | | | | | |
| **4** | ~~_____~~ 326 John St Brundidge, AL | | 1 | 5 | A | 1 | M | N | A |
| | Taken to: Columbus Medical Center | Taken by: Lifesaver Air Ambulance | | | | | | | |
| **5** | ~~_____~~ 326 John St Brundidge, AL | | 1 | 4 | A | 00 | F | N | A |
| | Taken to: East AL Medical Center | Taken by: CARE Ambulance | | | | | | | |
| **6** | Name N/A | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| **7** | Name | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| **8** | Name | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| **9** | Name | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| **10** | Name | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| **11** | Name | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| **12** | Name | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |

*ADDITIONAL ACCIDENT VICTIMS*

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

North Bound behind another Tractor Trailer on the outside lane of I85. The Truck in front of V2 apparently saw V1 slowing down so it Began to Brake and slow down. V2 was unable to see why the Truck in front of him was Braking, But assumed that the truck was slowing to Exit into the Rest Area. V2 changed lanes, moving into the inside lane of I85 NB. V1 had slowed down to Approx 5-10 mph. When the driver of V1 saw V2 coming up behind her attempted to Accelerate to get out of the way of V2. The driver of V1 stated that her Vehicle would not Accelerate Because of the "Blown-out" Tire. V2 saw V1 too late to Be able to stop in time to Avoid hitting V1. V2 struck the rear of V1 on the inside lane of I85 NB. V1 came to an uncontrolled rest on the inside lane of I85 NB. V2 originally came to rest on the roadway and the driver of V2 then pulled his vehicle to a controlled Final rest onto the rightside shoulder emergency lane.

*ADDITIONAL NARRATIVE SPACE*



## Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

6524206

AST-34T
1/94

Unit No. **2**
(same as on main report)

Sheet **3** of **3** Sheets

### General Instructions

*Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:*
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: **A.** one or more fatalities. **B.** one or more persons injured and taken from the scene for immediate medical attention, or **C.** one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

*Number of Qualifying Vehicles:*

Trucks with 6 or more tires or Haz/Mat placard **1**
Buses designed to carry 16 or more (including driver) **0**

*Number of Persons:*

Sustaining fatal injuries **0**
Transported for immediate medical treatment **5**

Number of vehicles towed from scene due to damage or provided assistance **2**

### Vehicle Information

*Gross Vehicle Weight Rating (GVWR)*

A. Truck, tractor or bus **52,000**
B. Trailer or trailers (total) **65,000**
Total GVWR for unit (A+B) **117,000**

Total number of axles **5**

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard ____ Yes **✓** No
If Yes, include following information from placard
A. Name or 4-digit number from diamond or box **N/A**
B. The 1-digit number from bottom of diamond **N/A**
Was hazardous material released from THIS vehicle's cargo? ____ Yes **✓** No

*Vehicle Configuration* (circle one number)
1. Bus     2. Single unit truck (2 axles/ 6 or more tires)     3. Single unit truck (3 or more axles)
4. Truck with trailer     5. Truck tractor only (bobtail)     **6.** Tractor with semi-trailer     7. Tractor with double trailers
8. Tractor with triple trailers     9. Unknown class heavy truck     0. Any other 4-tired vehicle

*Cargo Body Type* (circle one number)
1. Bus     **2.** Van/enclosed box     3. Cargo tank     4. Flatbed     5. Dump
6. Concrete mixer     7. Auto transporter     8. Garbage/ refuse     9. Other _____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name **Tri Nations Express Inc**
Source (circle one number)     1. Vehicle side     2. Shipping papers     **3.** Driver     4. Other
Carrier mailing address (Street or P.O. Box) **705 Sugar Rd**
City, State, Zip **Pharr, TX    78577**
Carrier Identification Numbers ( **3**     None = 0)
US DOT **178951**     ICC MC **174444**     STATE NO. **005884445C**     STATE **TX**

### Sequence of Events

Note: for THIS vehicle -- list up to four     Event #1 **10**     Event #2 ____     Event #3 ____     Event #4 ____

EVENT CODES

Non-Collision     1. Ran off road     2. Jackknife     3. Overturned (rollover)     4. Downhill runaway
6. Cargo loss or shift     5. Explosion or fire     7. Separation of units     8. Other non-collision

Collision With     9. Pedestrian     **10.** Non-parked vehicle     11. Parked vehicle     12. Train
13. Pedalcycle     14. Animal     15. Fixed object     16. Other object

Signature of Reporting Officer     J.J. Black     Officer ID **812**     Reporting Police Agency ORI **AL AST4300**     Date **10-22-2006**     Time **4:45** AM

## Definitions

**Truck**

A motor vehicle designed, used or maintained primarily for the transportation of property. For the purpose of this form the vehicle must also meet one of the following criteria:
- Have at least 6 tires on the ground, or
- Carry a Hazardous Material Placard.

**Bus**

A motor vehicle providing seats for 16 or more persons including the driver and used primarily for the transportation of persons.

**Trailer**

A non-power vehicle towed by a motor vehicle.

**Reportable Accident**

A highway related incident normally investigated by a police officer and reported on a standard accident report form involving one or more trucks or buses (as defined here) which results in:
- One or more fatalities, or
- One or more non-fatal injuries requiring transportation for the purpose of obtaining immediate medical treatment, or
- One or more of the vehicles being removed from the scene as a result of disabling damage, or
- One or more vehicles requiring intervening assistance before proceeding under its own power.

## Typical Vehicle Silhouettes

1. Bus

2. Single unit truck - 2 axles / 6 tires

3. Single unit truck - 3 axles

4. Truck with trailer

5. Truck tractor (bobtail)

6. Tractor with semi-trailer

7. Tractor with double trailers

8. Tractor with triple trailers

## Typical Hazardous Material Placards



# EXHIBIT B

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

TERICA BAKER,
      Plaintiff,           )

vs.                      )      CIVIL ACTION NO.: CV 07-45

TRI-NATIONS EXPRESS, INC., d/b/a   )     PLAINTIFF DEMANDS JURY TRIAL
T N X, Inc., a company;
EDUVIGES PENA, an individual, and
SHAMECA MONECA BAKER, an
individual; and No. 1, whether
singular or plural, that entity or
those entities who or which was or
were the owners of the tractor trailer
driven by EDUVIGES PENA,
on the date of the occurrence made the
basis of this lawsuit; No. 2, whether
singular or plural, that person,
partnership, corporation or entity
who entrusted EDUVIGES PENA,
with a motor vehicle
on the date of the occurrence made the
basis of this suit; No. 3, whether singular
or plural, that person, partnership,
corporation or entity which had any
input into or control over the
management and/or supervision of
EDUVIGES PENA on the date
of the occurrence made the basis of this
lawsuit; No. 4 , whether singular
or plural, that person, partnership,
corporation or entity other than
those described above, whose
negligence and/or wanton
conduct and/or other wrongful conduct
contributed to cause the occurrence
made the basis of this lawsuit; No. 5,
whether singular or plural, that
person, partnership, corporation or
entity which provide any insurance
coverage of  whatever kind or
character to any of the named or
fictitious defendants herein; No. 6,
whether singular or plural, that entity
or those entities, other than those



described above, which is the                  )
successor in interest of any of the            )
entities described above.  Plaintiff           )
avers that the identities of the fictitious    )
party defendants herein are otherwise          )
unknown to the plaintiff at this time;         )
or if their names are known to the             )
plaintiff at this time, their                  )
identities as proper party defendants          )
are not known, and their true names will )
be substituted by amendment when               )
ascertained.                                   )
                                               )
        Defendants.                  )

## COMPLAINT

### THE PARTIES

1. Plaintiff, Terica Baker, is a resident of 244 College Street, Brundidge, Alabama 36010 and is over the age of nineteen (19) years.

2. Defendant, TRI-NATIONS EXPRESS, INC., d/b/a T N X, Inc., upon information and belief, is a company incorporated in and doing business in McAllen, Texas.

3. Defendant, EDUVIGES PENA, upon information and belief, is a resident of San Juan, Texas and is over the age of nineteen (19) years.

4. Defendant, Shameca Moneca Baker, is a resident of 326 John Street, Brundidge, Alabama 36010 and is over the age of nineteen years.

4. The defendants, Nos. 1,2,3,4,5, and 6, whose correct names and identities are unknown to the plaintiffs at this time but who will be more correctly named when their identities are ascertained and the respective persons and/or entities who or which fit the description below:

No. 1, whether singular or plural, that person, partnership, corporation or entity who or which owned the tractor trailer driven by EDUVIGES PENA on the date of the occurrence made

the basis of this lawsuit; No. 2, whether singular or plural, that person, partnership, corporation or entity who entrusted EDUVIGES PENA with a motor vehicle on the date of the occurrence made the basis of this lawsuit; No. 3, whether singular or plural, that person, partnership, corporation or entity which had any input into or control over the management and/or supervision of EDUVIGES PENA on the date of the occurrence made the basis of this lawsuit; No. 4, whether singular or plural, that person, partnership, corporation or entity other than those described above, whose negligence and/or wanton conduct and/or other wrongful conduct contributed to cause the occurrence made the basis of this lawsuit; No. 5, whether singular or plural, that person, partnership, corporation or entity which provide any insurance coverage of whatever kind or character to any of the named or fictitious defendants herein; No. 6, whether singular or plural, that entity or those entities, other than those described above, which is the successor in interest of any of the entities described above.  Plaintiff avers that the identities of the fictitious party defendants herein are otherwise unknown to the plaintiff at this time; or if their names are known to the plaintiff at this time, their identities as proper party defendants are not known, and their true names will be substituted by amendment when ascertained.

## COUNT I

### NEGLIGENCE OR WANTONNESS

5. Plaintiff realleges paragraphs 1 through 4 of the Parties section with all the force and effect as if it were herein stated.

6. On or about the 22nd day of October, 2006, upon a public road, to-wit: Interstate 85 North between Macon County Road 53 and the Lee County Line, Macon County, Alabama, Defendant Eduviges Pena, and/or Defendant TRI-NATIONS EXPRESS, INC., and/or one or

more of the fictitious parties named and described in the caption hereof negligently or wantonly

caused or allowed a vehicle to collide with the automobile plaintiff was a passenger.

    7. As a proximate consequence of the defendants' negligence or wantonness, plaintiff

Terica Baker was caused to suffer the following injuries and damages:

    (a)    Plaintiff was knocked, shocked, bruised, contused, and suffered severe injuries to her body;

    (b)    Plaintiff was caused to incur hospital, physicians' and medical expenses in the past;

    (c)    Plaintiff suffered great pain and suffering from the injuries caused by the defendants;

    (d)    Plaintiff will continue to incur hospital, physicians' and medical expenses in the future;

    (e)    Plaintiff continues to suffer great pain and suffering caused by the defendants and will continue to do so in the future;

    (f)    The capacity of the Plaintiff to enjoy life and to participate in many social and physical activities which she previously engaged has been reduced;

    (g)    Plaintiff suffered severe mental anguish and/or emotional distress from the said injuries caused by the defendants;

    8.    At all time material to this lawsuit, defendant EDUVIGES PENA was acting in

the line and scope of his employment with defendant TRI-NATIONS EXPRESS, INC. and/or

one or more of the fictitious defendants named and described in the caption hereof or was acting

as an agent or employee of defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the

fictitious defendants named and described in the caption hereof and was acting in furtherance of

his employment with defendant TRI-NATIONS EXPRESS, INC..

    **WHEREFORE, PREMISES CONSIDERED,** plaintiff demands a judgment against the

defendants jointly and severally, for compensatory and punitive damages plus interests and costs

in an amount in excess of the minimum jurisdictional amount of the circuit courts of this State as

may be assessed by the jury.

## COUNT II

### NEGLIGENT ENTRUSTMENT

9. Plaintiff realleges and adopts by reference all the allegations contained in paragraphs 1 through 8 with all the force and effect as if fully set out herein.

10. At all times material to this lawsuit Defendant EDUVIGES PENA was in charge or control of the vehicle entrusted to him by Defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption hereof. Defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption hereof negligently or wantonly entrusted the said vehicle to defendant EDUVIGES PENA prior to the subject automobile collision.

11. As a proximate consequence of defendants' negligence or wantonness, plaintiff Terica Baker was caused to suffer the following injuries and damages:

    (a)    Plaintiff was knocked, shocked, bruised, contused, and suffered severe injuries to her body;

    (b)    Plaintiff was caused to incur hospital, physicians' and medical expenses in the past;

    (c)    Plaintiff suffered great pain and suffering from the injuries caused by the defendants;

    (d)    Plaintiff will continue to incur hospital, physicians' and medical expenses in the future;

    (e)    Plaintiff continues to suffer great pain and suffering caused by the defendants and will continue to do so in the future;

    (f)    The capacity of the Plaintiff to enjoy life and to participate in many social and physical activities which she previously engaged has been reduced;

    (g)    Plaintiff suffered severe mental anguish and/or emotional distress from the said

injuries caused by the defendants;

**WHEREFORE, PREMISES CONSIDERED,** plaintiff demands a judgment against the defendants jointly and severally, for compensatory and punitive damages plus interests and costs in an amount in excess of the minimum jurisdictional amount of the circuit courts of this State as may be assessed by the jury.

## COUNT III

## SUBSEQUENT NEGLIGENCE

12. Plaintiff realleges and adopts by reference all the allegations contained in paragraphs 1 through 11 with all the force and effect as if fully set out herein.

13. Defendant EDUVIGES PENA, Defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption herein after knowing and observing the vehicle occupied by Plaintiff, Terica Baker in a perilous position, negligently or wantonly failed to keep a proper lookout and avoid the collision.

14. As a proximate consequence of defendants' negligence or wantonness, plaintiff, Terica Baker was caused to suffer the following injuries and damages:

   (a) Plaintiff was knocked, shocked, bruised, contused, and suffered severe injuries to her body;

   (b) Plaintiff was caused to incur hospital, physicians' and medical expenses in the past;

   (c) Plaintiff suffered great pain and suffering from the injuries caused by the defendants;

   (d) Plaintiff will continue to incur hospital, physicians' and medical expenses in the future;

   (e) Plaintiff continues to suffer great pain and suffering caused by the defendants and will continue to do so in the future;

(f)    The capacity of the Plaintiff to enjoy life and to participate in many social and physical activities which she previously engaged has been reduced;

(g)    Plaintiff suffered severe mental anguish and/or emotional distress from the said injuries caused by the defendants;

**WHEREFORE, PREMISES CONSIDERED,** plaintiff demands a judgment against the defendants jointly and severally, for compensatory and punitive damages plus interests and costs in an amount in excess of the minimum jurisdictional amount of the circuit courts of this State as may be assessed by the jury.

## COUNT IV

### NEGLIGENT AND/OR WANTON HIRING, TRAINING AND SUPERVISION

15.    Plaintiff realleges and adopts by reference all the allegations contained in paragraphs 1 through 14 with all the force and effect as if fully set out herein.

16. Defendants TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption herein had a duty to use reasonable care in hiring, training and supervision of defendant EDUVIGES PENA.

17. Defendants TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption herein failed to use reasonable care or recklessly and/or wantonly hired EDUVIGES PENA and/or failed to adequately train and supervise defendant EDUVIGES PENA.

18. The negligent and/or wanton actions of defendant EDUVIGES PENA arose out of the line and scope of his duties with defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants named and described in the caption herein, therefore,

defendant TRI-NATIONS EXPRESS, INC. and/or one or more of the fictitious party defendants

named and described in the caption herein are vicariously liable for the actions of defendant

EDUVIGES PENA.

19. As a proximate consequence of defendants' negligence or wantonness, plaintiff

Terica Baker was caused to suffer the following injuries and damages:

(a)    Plaintiff was knocked, shocked, bruised, contused, and suffered severe injuries to her body;

(b)    Plaintiff was caused to incur hospital, physicians' and medical expenses in the past;

(c)    Plaintiff suffered great pain and suffering from the injuries caused by the defendants;

(d)    Plaintiff will continue to incur hospital, physicians' and medical expenses in the future;

(e)    Plaintiff continues to suffer great pain and suffering caused by the defendants and will continue to do so in the future;

(f)    The capacity of the Plaintiff to enjoy life and to participate in many social and physical activities which she previously engaged has been reduced;

(g)    Plaintiff suffered severe mental anguish and/or emotional distress from the said injuries caused by the defendants;

**WHEREFORE, PREMISES CONSIDERED,** plaintiff demands a judgment against the

defendants jointly and severally, for compensatory and punitive damages plus interests and costs

in an amount in excess of the minimum jurisdictional amount of the circuit courts of this State as

may be assessed by the jury.

## COUNT V

## NEGLIGENCE OR WANTONNESS

20. Plaintiff realleges paragraphs 1 through 19 of the Parties section with all the force

and effect as if it were herein stated.

21. On or about the 22nd day of October, 2006, upon a public road, to-wit: Interstate 85 North between Macon County Road 53 and the Lee County Line, Macon County, Alabama, Defendant, Shameca Moneca Baker was operating a 1998 GMC Jimmy in the left hand lane, which was owned by Plaintiff, Terica Baker, in which Plaintiff was a passenger, when the right front tire of said automobile blew out. After the tire blew out the Defendant, Shameca Moneca Baker, negligently and/or wantonly operated said vehicle by slowing down and stopping in said lane. That said negligence and wantonness of Defendant, Shameca Moneca Baker combined and concurred with the negligent and wanton conduct of Defendant Eduviges Pena, and/or Defendant TRI-NATIONS EXPRESS, INC., and/or one or more of the fictitious parties named and described in the caption hereof negligently or wantonly caused or allowed a vehicle to collide with the automobile plaintiff was a passenger.

22. As a proximate consequence of the defendants' combined and concurring negligence or wantonness, plaintiff Terica Baker was caused to suffer the following injuries and damages:

    (a)    Plaintiff was knocked, shocked, bruised, contused, and suffered severe injuries to her body;

    (b)    Plaintiff was caused to incur hospital, physicians' and medical expenses in the past;

    (c)    Plaintiff suffered great pain and suffering from the injuries caused by the defendants;

    (d)    Plaintiff will continue to incur hospital, physicians' and medical expenses in the future;

    (e)    Plaintiff continues to suffer great pain and suffering caused by the defendants and will continue to do so in the future;

    (f)    The capacity of the Plaintiff to enjoy life and to participate in many social and physical activities which she previously engaged has been reduced;

    (g)    Plaintiff suffered severe mental anguish and/or emotional distress from the said injuries caused by the defendants;

**WHEREFORE, PREMISES CONSIDERED,** plaintiff demands a judgment against the defendants jointly and severally, for compensatory and punitive damages plus interests and costs in an amount in excess of the minimum jurisdictional amount of the circuit courts of this State as may be assessed by the jury.

Respectfully submitted,

**MILTON C. DAVIS (DAV 035)**
**Attorney for Plaintiff**

**304 N. MAIN STREET**
**P. O. BOX 830509**
**TUSKEGEE, ALABAMA 36083-0509**
**Tel. (334) 727-6500**
**Fax  (334) 727-6556**

## JURY DEMAND

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

**MILTON C. DAVIS (DAV 035)**
**Attorney for Plaintiff**

**SERVE DEFENDANTS AT:**

WAYNE PHILLIPS
Registered Agent
TRI-NATIONS EXPRESS, INC.
d/b/a T N X, INC.
1213 W. Express 73
Pharr, Texas 78577
(210) 787-0071

EDUVIGES PENA
350 E. 15th Street
San Juan, Texas 78589
(756) 782-0156

SHAMECA MONECA BAKER
326 John Street
Brundidge, AL 36010
(334) 333-8834