IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERICA BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv453-WKW |
| ) | |
| TRI-NATIONS EXPRESS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Upon consideration of the Defendants Tri-Nations Express, Inc. and Eduviges Pena's Motion for Emergency Deposition Notice and Subpoena Duces Tecum (Doc. #10), and Defendants Tri-Nations Express, Inc. And Eduviges Pena's Motion for Emergency Discovery Order (Doc. #11), filed May 25, 2007, and for good cause, it is

ORDERED that the defendants shall confer with the plaintiff and determine if the parties are in agreement to being deposed and have any objections to providing discovery to the parties making the request. The parties should be aware that the court is considering denying these motions based on the parties failure to confer. The parties have fail to disclose why this request is an emergency. Therefore, on or before **June 1, 2007**, the parties shall file a status report with the court which includes (1) dates and times that the parties would like to schedule the depositions; (2) dates and times for providing the discovery request; and (3) any objections that parties may have to responding to the discovery requests.

DONE this 25th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE