IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERICA BAKER, | * |
| Plaintiff | * |
| v. | * |
| | *   Civil Action No.: |
| TRI-NATIONS EXPRESS, | *   3:07-cv-00453-WKW |
| INC. d/b/a TNX, INC.; | * |
| EDUVIGES PENA; et al., | * |
| Defendants | * |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Tri-Nations Express, Inc. d/b/a TNX, Inc., and hereby makes the following Corporate Disclosure Statement:

Tri-Nations Express, Inc. d/b/a TNX, Inc. is privately and independently owned corporation.

Respectfully submitted this 25th day of May, 2007.

-1-

Respectfully submitted,

/s/ *Donald Simms*
K. DONALD SIMMS
ASB-9801-M63K
*Counsel for Defendants TNX and Pena*

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
The Financial Center
505 20th Street, N., Suite 500
Birmingham, Alabama 35203
Telephone:  (205) 226-5200
Facsimile:  (205) 226-5226
E-mail:     kerisimms@mhsolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 25th day of May, 2007:

    Mr. Milton Davis
    P.O. Box 830509
    Tuskegee, AL 36083-0509
        *Counsel for Terica Baker*

    Mr. Charles James
    Mr. Tyrone C. Means
    THOMAS, MEANS, GILLIS & SEAY, P.C.
    P.O. Drawer 5058
    Montgomery, AL 36103-5058
        *Counsel for Shameca Moneca Baker and her minor children*

_____
OF COUNSEL