IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERICA BAKER, | * |
| Plaintiff | * |
| v. | * |
| | * Civil Action No.: |
| TRI-NATIONS EXPRESS, | * 3:07-cv-00453-WKW |
| INC. d/b/a TNX, INC.; | * |
| EDUVIGES PENA; et al., | * |
| Defendants | * |

## STATUS REPORT

Pursuant to the order entered by this court on May 25, 2007, requiring the parties to file a status report addressing certain issues on or before June 1, 2007, Defendants Tri-Nations Express, Inc. d/b/a TNX, Inc. and Eduviges Pena set forth as follows:

1. <u>Dates and Times Parties Would Like to Schedule Depositions</u>: These Defendants would like to depose Alabama State Trooper Jason Black on June 18, 2007. (See Deposition Notice, attached hereto as "Exhibit A".) Defendants are aware that this date may not work for Trooper Black or counsel for other

-1-

parties to the lawsuit. Therefore, Defendants have sent letters to Trooper Black and counsel for other parties advising that they are willing to reschedule the deposition if they are provided with alternate deposition dates. (See Letters to Trooper Black, Counsel for Terica Baker and Counsel for Shameca Baker, attached hereto as "Exhibits B-D".)

2. <u>Dates and Times for Providing the Discovery Requests</u>: Defendants have proposed that counsel for Terica Baker and Shameca Baker respond to Defendants' interrogatories and requests for production of documents on or before June 15, 2007. (See Letters to Counsel for Terica Baker and Counsel for Shameca Baker, attached hereto as "Exhibits C-D".) Defendants have offered opposing counsel additional time to respond to these discovery requests, provided that opposing counsel notify Defendants.

3. <u>Any Objections that Parties May Have to Responding to the Discovery Requests</u>: Defendants have not received any objections from the parties on which the discovery requests have been propounded.

Respectfully submitted this 30<u>th</u> day of <u>May, 2007</u>.

Respectfully submitted,

/s/ Donald Simms
_____
K. DONALD SIMMS
ASB-9801-M63K
*Counsel for Defendants TNX and Pena*

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
The Financial Center
505 20th Street, N., Suite 500
Birmingham, Alabama 35203
Telephone: (205) 226-5200
Facsimile: (205) 226-5226
E-mail: kerisimms@mhsolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 31st day of May, 2007:

>Mr. Milton Davis
>P.O. Box 830509
>Tuskegee, AL 36083-0509
>*Counsel for Terica Baker*
>
>Mr. Charles James
>Mr. Tyrone C. Means
>THOMAS, MEANS, GILLIS & SEAY, P.C.
>P.O. Drawer 5058
>Montgomery, AL 36103-5058
>*Counsel for Shameca Moneca Baker and her minor children*

_____
OF COUNSEL

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERICA BAKER,<br><br>Plaintiff<br><br>v.<br><br>TRI-NATIONS EXPRESS,<br>INC. d/b/a TNX, INC.;<br>EDUVIGES PENA; et al.,<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No.:<br>*   3:07-cv-00453-WKW<br>*<br>*<br>*<br>* |

## NOTICE OF 30(B)(5) AND 30(B)(6) DEPOSITION
## OF ALABAMA STATE TROOPER JASON BLACK

TO:        Alabama State Trooper Jason Black
1220 Foxrun Parkway
Building A-3
Opelika, AL 36801

Stanley Gray
Attorney for Defendants TNX and Pena
Gray, Langford, Sapp, Mcgowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239

        Milton Davis
Attorney for Terica Baker
P.O. Box 830509
Tuskegee, AL 36083-0509

Charles James
Tyrone Means
Attorneys for Shameca Baker and Minor Children
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, AL 36103-5058

| | |
|---|---|
| DEPONENT: | Alabama State Trooper Jason Black |
| DATE: | June 18, 2007 |
| TIME: | 1:00 p.m. CST |
| LOCATION: | Law Offices of Gray, Langford, Sapp, McGowan, Gray & Nathanson<br>108 Eastside Street<br>Tuskegee, AL 36083-1701<br>(334) 727-4830 |

Please take notice that MILLER, HAMILTON, SNIDER & ODOM, L.L.C., attorneys for Defendants Tri-Nations Express, Inc. d/b/a TNX, Inc. and Eduviges Pena will take the deposition of the deponent named above at the time, date and location indicated above, upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer duly authorized to administer oaths and swear witnesses. The oral examination will continue from day to day until completed and you are invited to attend if you desire.

Please take notice that pursuant to the Federal Rules of Civil Procedure, Rule 30(b)(5) and (6), Defendant will take the deposition of the 30(b)(5)-30(b)(6) Alabama State Trooper Jason Black upon oral examination before an officer authorized to administer oaths.

Pursuant to Rule 30(b)(5) Defendants request that, at the time and place of said deposition, Alabama State Trooper Jason Black shall produce for inspection and copying the original of each of the following relating to Accident Number 6524206, which occurred on October 22, 2006:

1. **Photographs and/or videotapes, including but not limited to those taken at the scene of the accident and those which may contain statements from parties and/or witnesses to this lawsuit;**

2. **Any physical objects taken as possible evidence;**

3. **Any written, recorded or transcribed statements of any witnesses, victims, and/or suspects;**

4. **Any reports or descriptions, including field notes of any of the investigators and/or technicians at the Alabama State Trooper's office; and**

5. **All dispatch logs from 3:00 p.m. to 8:00 p.m. on October 22, 2006 for the field office to which you were assigned.**

The undersigned, by affixing his signature below, certifies that he has served on the 30th day of May, 2007, a copy of this notice on the parties referenced above by electronically filing the foregoing with the Clerk of Court using the CM/ECF system,

which will send notification of such filing to parties referenced above.

Respectfully submitted,

_____
K. DONALD SIMMS
ASB-9801-M63K
*Counsel for Defendants TNX and Pena*

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
The Financial Center
505 20th Street, N., Suite 500
Birmingham, Alabama 35203
Telephone:  (205) 226-5200
Facsimile:   (205) 226-5226
E-mail:       kerisimms@mhsolaw.com


cc:    Freedom Court Reporting

-4-

# EXHIBIT B

**MILLER, HAMILTON, SNIDER & ODOM, L.L.C.**

ATTORNEYS AND COUNSELLORS AT LAW

505 20TH STREET NORTH

SUITE 500 - FINANCIAL CENTER

BIRMINGHAM, AL 35203

(205) 226-5200

TELECOPIER (205) 226-5226

May 30, 2007

*Birmingham, Alabama*
*Direct Dial: (205) 226-5202*
*LindsayHembree@mhsolaw.com*

**SENT BY U.S. MAIL**
Trooper Jason Black
Alabama State Trooper's Office
1220 Foxrun Parkway
Building A-3
Opelika, AL 36801

RE:  *Terica Baker v. Tri-Nations Express, Inc. d/b/a TNX, Inc.; Eduviges Pena; et al.*
Civil Action No.    :    3:07-cv-00453-WKW
MHSO File No.     :    05929.0065
Accident No.        :    6524206
Date of Accident:  :    10/22/06

Dear Trooper Black:

Attached is a deposition notice advising that we plan to take your deposition on June 18, 2007 at 1:00 p.m. at the offices of Gray, Langford, Sapp, McGowan, Gray & Nathanson in Tuskegee, Alabama. We have arbitrarily picked this date and understand that it may not be convenient for your. We would like to work with your schedule and if you contact our office upon receipt of this letter, we will be happy to reschedule the deposition if the current date does not work for you.

There are two reasons we need to take your deposition. First, we need to take your testimony concerning your investigation of the above referenced accident. Second, we need for you to produce your complete accident investigation report concerning said accident.

Please feel free to contact our office if you have any questions. I may be reached directly at (205) 226-5202.

Sincerely,

*Lindsay P. Hembree*

Lindsay P. Hembree, Esq..
Counsel for Defendants TNX and Pena

254 STATE STREET
MOBILE, ALABAMA 36603
(251) 432-1414

ONE COMMERCE STREET, SUITE 305
MONTGOMERY, ALABAMA 36104
(334) 834-5550

1925 K STREET, N.W., SUITE 200
WASHINGTON, D.C. 20006
(202) 429-9223

1175 PEACHTREE STREET, N.E., SUITE 1920
100 COLONY SQ.
ATLANTA, GA 30361
(404) 602-3700

MILLER, HAMILTON, SNIDER & ODOM, L.L.C.

/lph

cc: Stanley Gray
K. Donald Simms
William A. Mudd

# EXHIBIT C

**MILLER, HAMILTON, SNIDER & ODOM, L.L.C.**

ATTORNEYS AND COUNSELLORS AT LAW

505 20TH STREET NORTH

SUITE 500 · FINANCIAL CENTER

BIRMINGHAM, AL 35203

(205) 226-5200

TELECOPIER (205) 226-5226

May 30, 2007

*Birmingham, Alabama*
*Direct Dial: (205) 226-5202*
*LindsayHembree@mhsolaw.com*

**SENT VIA EMAIL**
Mr. Milton Davis
P.O. Box 830509
Tuskegee, AL 36083-0509

RE:   *Terica Baker v. Tri-Nations Express, Inc. d/b/a TNX, Inc. and Eduviges Pena*
      Civil Action No.    :   3:07-cv-00453-WKW
      MHSO File No.       :   05929.0065
      DOL                 :   10/22/06

Dear Mr. Davis:

Please find enclosed a copy of a deposition notice we have sent to Alabama State Trooper Jason Black. We have arbitrarily selected June 18, 2007, as the deposition date and understand that it may not work for Trooper Black. We further understand that the date may not work for all counsel. Therefore, please advise our office by June 4, 2007, of whether you are available for Trooper Black's presently scheduled deposition. If you are not available, please provide our office with alternative deposition dates.

Concerning the interrogatories and requests for production we have propounded on your client, we propose that you respond to these discovery requests on or before June 15, 2007. In the event you need more time to respond to the requests, please let our office know as soon as possible.

Please feel free to contact our office if you have any questions. We look forward to working with you to resolve this matter.

Sincerely,

*Lindsay P. Hembree*
Lindsay P. Hembree

/lph

MILLER, HAMILTON, SNIDER & ODOM, L.L.C.

Enclosure:   Deposition Notice of Trooper Black

cc:   K. Donald Simms, Esq.
William A. Mudd, Esq.
Stanley Gray, Esq.

-2-

# EXHIBIT D

**MILLER, HAMILTON, SNIDER & ODOM, L.L.C.**
ATTORNEYS AND COUNSELLORS AT LAW
505 20TH STREET NORTH
SUITE 500 - FINANCIAL CENTER
BIRMINGHAM, AL 35203
(205) 226-5200
TELECOPIER (205) 226-5226

May 30, 2007

*Birmingham, Alabama*
*Direct Dial: (205) 226-5202*
*LindsayHembree@mhsolaw.com*

**SENT BY U.S. MAIL**
Mr. Charles James
Mr. Tyrone C. Means
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, AL 36103-5058

RE:   *Terica Baker v. Tri-Nations Express, Inc. d/b/a TNX, Inc. and Eduviges Pena*
      Civil Action No.    :   3:07-cv-00453-WKW
      MHSO File No.       :   05929.0065
      DOL                 :   10/22/06

Dear Mr. James:

Please find enclosed a copy of a deposition notice we have sent to Alabama State Trooper Jason Black. We have arbitrarily selected June 18, 2007, as the deposition date and understand that it may not work for Trooper Black. We further understand that the date may not work for all counsel. Therefore, please advise our office by June 4, 2007, of whether you are available for Trooper Black's presently scheduled deposition. If you are not available, please provide our office with alternative deposition dates.

Concerning the interrogatories and requests for production we have propounded on your client, we propose that you respond to these discovery requests on or before June 15, 2007. In the event you need more time to respond to the requests, please let our office know as soon as possible.

Please feel free to contact our office if you have any questions. We look forward to working with you to resolve this matter.

Sincerely,

*Lindsay P. Hembree*
Lindsay P. Hembree

-1-

MILLER, HAMILTON, SNIDER & ODOM, L.L.C.

/lph

**Enclosure:**   Deposition Notice of Trooper Black

**cc:**   K. Donald Simms, Esq.
William A. Mudd, Esq.
Stanley Gray, Esq.