IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **TERICA BAKER,** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Civil Action No.: |
| **TRI-NATIONS EXPRESS,** | * | **3:07-cv-00453-WKW** |
| **INC. d/b/a TNX, INC.;** | * | |
| **EDUVIGES PENA; et al.,** | * | |
| | * | |
| **Defendants** | * | |

## NOTICE OF 30(B)(5) AND 30(B)(6) DEPOSITION
## OF ALABAMA STATE TROOPER JASON BLACK

TO:          Alabama State Trooper Jason Black
             1220 Foxrun Parkway
             Building A-3
             Opelika, AL 36801

             Stanley Gray
             Attorney for Defendants TNX and Pena
             Gray, Langford, Sapp, Mcgowan, Gray & Nathanson
             P.O. Box 830239
             Tuskegee, AL 36083-0239

-1-

Milton Davis
Attorney for Terica Baker
P.O. Box 830509
Tuskegee, AL 36083-0509

Charles James
Tyrone Means
Attorneys for Shameca Baker and Minor Children
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 5058
Montgomery, AL 36103-5058

| | |
|---|---|
| DEPONENT: | Alabama State Trooper Jason Black |
| DATE: | June 18, 2007 |
| TIME: | 1:00 p.m. CST |
| LOCATION: | Law Offices of Gray, Langford, Sapp, McGowan, Gray & Nathanson<br>108 Eastside Street<br>Tuskegee, AL 36083-1701<br>(334) 727-4830 |

Please take notice that MILLER, HAMILTON, SNIDER & ODOM, L.L.C., attorneys for Defendants Tri-Nations Express, Inc. d/b/a TNX, Inc. and Eduviges Pena will take the deposition of the deponent named above at the time, date and location indicated above, upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer duly authorized to administer oaths and swear witnesses. The oral examination will continue from day to day until completed and you are invited to attend if you desire.

Please take notice that pursuant to the Federal Rules of Civil Procedure, Rule 30(b)(5) and (6), Defendant will take the deposition of the 30(b)(5)-30(b)(6) Alabama State Trooper Jason Black upon oral examination before an officer authorized to administer oaths.

Pursuant to Rule 30(b)(5) Defendants request that, at the time and place of said deposition, Alabama State Trooper Jason Black shall produce for inspection and copying the original of each of the following relating to Accident Number 6524206, which occurred on October 22, 2006:

1. **Photographs and/or videotapes, including but not limited to those taken at the scene of the accident and those which may contain statements from parties and/or witnesses to this lawsuit;**

2. **Any physical objects taken as possible evidence;**

3. **Any written, recorded or transcribed statements of any witnesses, victims, and/or suspects;**

4. **Any reports or descriptions, including field notes of any of the investigators and/or technicians at the Alabama State Trooper's office; and**

5. **All dispatch logs from 3:00 p.m. to 8:00 p.m. on October 22, 2006 for the field office to which you were assigned.**

The undersigned, by affixing his signature below, certifies that he has served on the 30th day of May, 2007, a copy of this notice on the parties referenced above by electronically filing the foregoing with the Clerk of Court using the CM/ECF system,

which will send notification of such filing to parties referenced above.

Respectfully submitted,

*[signature]*

K. DONALD SIMMS
ASB-9801-M63K
*Counsel for Defendants TNX and Pena*

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
The Financial Center
505 20th Street, N., Suite 500
Birmingham, Alabama 35203
Telephone: (205) 226-5200
Facsimile: (205) 226-5226
E-mail:    kerisimms@mhsolaw.com


cc:    Freedom Court Reporting