IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERICA BAKER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| ) | 3:07cv453-WKW |
| TRI-NATIONS EXPRESS, INC., ) | |
| Et al., ) | |
| ) | |
|     Defendants. ) | |

**PLAINTIFF TERICA BAKER'S RESPONSE AND OBJECTION
TO DEFENDANTS TRI-NATIONS EXPRESS, INC., AND
EDUVIGES PENA'S MOTION FOR EMERGENCY DISCOVERY ORDER**

    Comes now the Plaintiff, Terica Baker, by and through her attorney of record, Milton C. Davis, and sets forth her response and objection to the Defendants' Motion for Emergency Discovery Order as follows:

    1.    Plaintiff states that no emergency exists for the granting of said order as alleged by the Defendants and that the Defendants Tri-Nations Express, Inc., and Eduviges Pena are attempting through their actions of Removal and Request for Emergency Discovery to preemptively have a dispositive motion and summary judgment on issues which are not properly before this Court and over which this Court has no jurisdiction. The Defendants claim of fraudulent joinder is without factual and legal basis and is without merit. The Defendants have not made any showing that the State Trooper

whose deposition they request to take on an emergency basis is or will in the near future discard or destroy any of his notes or alleged evidence he obtained while investigating the accident made the basis of the Plaintiff's complaint.

2.   Plaintiff objects to all discovery attempts by the Defendants at this point and will not consent to waive any rule or objection to discovery in the case whatsoever and more specifically objects to those discovery requests made by the Defendants seeking to know the nature of any discussions with Plaintiff and her attorney of record in that it violates the attorney client privilege.

3.   Plaintiff would represent to this Court that the Defendants have not conferred with the Plaintiff's counsel pursuant to the Court's Order (Doc. #12) filed on May 27, 2007. The Defendants counsel have not communicated with Plaintiff's Counsel by telephone, facsimile, electronic mail, postal mail or any other form of verbal or written communication about any issues or requests of any kind. Plaintiff's Counsel observes further that certain exhibits attached to the Defendants Status Report filed with this Court claim to be letters sent to Plaintiff's Counsel. No such letters have been received. As of the time of filing of this pleading, Plaintiff's counsel has not been contacted by counsel for TNX and Pena, pursuant to FRCP 26 and the May 25, 2007 Order.

4.   Wherefore premises considered, the Plaintiff prays that the Motion for Emergency Discovery be denied.

                                                Respectfully submitted,

                                                /s/ Milton C. Davis  
                                                **MILTON C. DAVIS**  
                                                **ASB-1050-I31M**  
                                                **Attorney for Plaintiff**

**304 North Main Street**
**PO Box 830509**
**Tuskegee, AL 36083-0509**
**Tel (334) 727-6500**
**Fax (334) 727-6556**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading by serving the Counsel listed below by electronic service CM/ECF and by placing a copy of same in the United States Mail, first-class postage prepaid, on this 1st day of June, 2007 addressed to them as follows:

Mr. K. Donald Simms
MILLER, HAMILTON, SNIDER & ODOM, LLC
The Financial Center
505 20th Street North, Suite 500
Birmingham, AL 35203
    Counsel for Defendants TNX and Pens

Mr. Stanley Gray
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
PO BOX 830239
Tuskegee, AL 36083-0239
    Counsel for Defendants TNX and Pena

Charles James, II,
Tyrone C. Means,
Carl Wade Robinson
THOMAS, MEANS, GILLIS & SEAY, PC
PO Drawer 5058
Montgomery, AL 36103-5058
    Counsel for Shameca Moneca Baker and Children

                                        /s/ Milton C. Davis
                                        **ATTORNEY FOR THE PLAINTIFF**