IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TERICA BAKER,** | ) |
| **Plaintiff,** | ) |
| v. | )     CIVIL ACTION NO. |
| **TRI-NATIONS EXPRESS, INC., et. al.,** | )     3:07cv00453-WKW |
| **Defendants.** | ) |

## MOTION TO REMAND

**COMES NOW** the Plaintiff in the above-styled cause, by and through her undersigned counsel of record and moves this Honorable Court to remand this civil action to the Circuit Court of Macon County, Alabama. As grounds therefore, the Plaintiff would show unto this Honorable Court the following:

    1.     This Court lacks original and removal subject matter jurisdiction over this civil action as there is no federal question involved and there is not complete diversity among the parties.

    2.     The Plaintiff is a resident of the State of Alabama and the defendant Shameca Moneca Baker, is also a resident of the State of Alabama.

    3.     Shameca Moneca Baker is not fraudulently joined as a defendant in this civil action and did not consent to the removal of this action and there is not a scintilla of evidence submitted by the removing party to support this baseless and meritless allegation of fraudulent joinder.

    4.     The Plaintiff will file shortly a brief in support of this motion.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff prays that this Honorable Court remand this civil action to the Circuit Court of Macon County, Alabama.

Respectfully Submitted,

/s/ Milton C. Davis
**MILTON C. DAVIS**
**ASB-1050-I31M**
**Attorney for the Plaintiff**

**304 North Main Street**
**PO Box 830509**
**Tuskegee, AL 36083-0509**
**Tel (334) 727-6500**
**Fax (334) 727-6556**

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing pleading by serving the Counsel listed below by electronic service CM/ECF and by placing a copy of same in the United States Mail, first class postage prepaid on this 1st day of June, 2007 addressed to Them as follows:

Mr. K. Donald Simms
Miller, Hamilton, Snider & Odom, LLC
The Financial Center
505 20th Street North, Suite 500
Birmingham, AL 35203
    Counsel for Defendants TNX and Pena

Mr. Stanley Gray
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
PO BOX 830239
Tuskegee, AL 36083-0239
    Counsel for Defendants TNX and Pena

Charles James, II
Tyrone C. Means
Carl Wade Robinson
THOMAS, MEANS, GILLIS & SEAY, PC
    Counsel for Shameca Moneca Baker and Children

                                          /s/ Milton C. Davis
                                         **ATTORNEY FOR THE PLAINTIFF**