IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TERICA BAKER** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. CV- **3:07-cv-453** |
| | * |
| | * |
| **TRI-NATIONS EXPRESS, INC., et al.,** | * |
| | * |
| Defendants | |

_____

### DEFENDANT/CROSS PLAINTIFF SHAMECA BAKER'S MOTION TO REMAND

**COMES NOW** Defendant/Cross-Plaintiff, Shameka Baker, and files this Motion to Remand the above styled cause to the Circuit Court of Macon County, Alabama. In support thereof, Defendant/Cross Plaintiff will show unto this Court the following:

1. Plaintiff, Terica Baker, has an actionable claim against Defendant/Cross Plaintiff, Shameca Baker.

2. Defendants Tri-Nations Express, Inc. and Eduviges Pena's claims of fraudulent joinder are without merit and due to be dismissed.

3. Defendants Tri-Nations Express, Inc. and Eduviges Pena did not obtain consent from Shameca Baker to file a removal action, nor did they enjoin her in the removal petition.

4. That this civil action should be remanded to the Circuit Court of Macon County, Alabama and that court fees and attorney's fees be taxed to Defendants Tri-Nations Express, Inc. and Eduviges Pena.

Shameca Baker incorporates herein the facts, law and argument set forth in her Memorandum In Support of Motion to Remand.  .

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff prays that this Honorable Court remand this civil action to the Circuit Court of Macon County, Alabama and tax court costs and fees to Defendants Eduviges Pena and Tri-Nations Express, Inc.

                Respectfully Submitted,

                /s/ Tyrone C. Means
                Tyrone C. Means (ASB-8760-S80T)
                C. Wade Robinson (ASB-4587-R79C)
                Charles James, II (ASB-5883-L75J)

**OF COUNSEL:**
THOMAS, MEANS, GILLIS & SEAY, P.C.
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 (phone)
(334)260-9396 (fax)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that all counsel of record are registered in the CM/ECF system and should receive electronic notice.

                /s/ Tyrone C. Means
                **OF COUNSEL**

K. Donald Simms
Miller, Hamilton, Snider & Odom, LLC
The Financial Center
505 20th Street, N., Suite 500
Birmingham, Alabama 35203

Stanley Gray
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, Alabama 36083-0239

Milton Davis, Esq.
P.O. Box 830509
Tuskegee, Alabama 36083-0509

Case 3:07-cv-00453-WKW-WC    Document 18    Filed 06/01/2007    Page 3 of 3