IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERICA BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv453-WKW |
| | ) | |
| TRI-NATIONS EXPRESS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTIONS

Upon consideration of Defendants Tri-Nations Express, Inc.'s and Eduviges Pena's Motion for Emergency Deposition Notice and Subpoena Duces Tecum (Doc. #10) and Motion for Emergency Discovery Order (Doc. #11), filed May 25, 2007, and the objections filed on June 1, 2007, in opposition to those motions (Doc. #16, #20), it is

ORDERED that the motions are DENIED, as Defendants have not shown good cause for the expedited discovery at this time.

DONE this 4th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE