IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TERICA BAKER** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | * CIVIL ACTION NO. CV- **3:07-cv-453** |
| | * |
| **TRI-NATIONS EXPRESS, INC., et al.,** | * |
| | * |
| **Defendants** | |

_____

**DEFENDANT/CROSS PLAINTIFF SHAMECA BAKER'S AND SHAMECA BAKER'S MINOR CHILDRENS' RESPONSE TO DEFENDANT TRI-NATIONS EXPRESS AND EDUVIGES PENA'S MOTION TO DISMISS AND MOTION TO SEVER THESE CLAIMS**

Defendant/Cross Plaintiff Shameca Baker (hereinafter "Cross Plaintiff") individually and in her capacity as parent, guardian, and as next friend of her children named herein, and files this Response to the Defendant Tri-Nations Express, Inc. (hereinafter "TNX") and Eduviges Pena's (hereinafter "Pena") Motion to Dismiss and to Sever their respective claims (Doc.#9) and states the following:

1. Cross Plaintiff incorporates all other pleadings, motions and memorandums submitted by undersigned counsel.

2. This case was originally filed in the Circuit Court of Macon County, Alabama. The Defendant/Cross Plaintiff, Shameca Baker, individually, and in her capacity as parent, guardian, and as next friend of her named minor children herein, filed an answer, crossclaims and complaint pursuant to ARCP 13 and 19 which is permissible by law.

3. To grant a severance of the claims of her minor children would be a substantial hardship to Shameca Baker, and to her herein named minor children in that she is already a party to this action, and her children were injured as a result of the negligent and wanton actions of the defendants named herein, made the basis of this lawsuit. A severance would increase the costs of pursuing these claims which is unnecessary since they all arose out of the same occurence.

**WHEREFORE**, Cross Plaintiff, Shameca Baker, respectfully requests that this honorable court deny the TNX and Pena's Motion To Dismiss and To Sever her claim and the claims of her minor children. Alternatively, Cross Plaintiff requests that this matter be remanded to the Circuit Court of Macon County, Alabama.

Respectfully Submitted,

/s/ Tyrone C. Means
Tyrone C. Means (MEA001)
C. Wade Robinson (ROB003)
Charles James, II (JAM028)

**OF COUNSEL:**
THOMAS, MEANS, GILLIS & SEAY, P.C.
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 (phone)
(334)260-9396 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that all counsel of record are registered in the CM/ECF system and should receive electronic notice.

                /s/ Tyrone C. Means
                **OF COUNSEL**

K. Donald Simms
Miller, Hamilton, Snider & Odom, LLC
The Financial Center
505 20th Street, N., Suite 500
Birmingham, Alabama 35203

Stanley Gray
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, Alabama 36083-0239

Milton Davis, Esq.
P.O. Box 830509
Tuskegee, Alabama 36083-0509