IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **TERICA BAKER,** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Civil Action No.: |
| **TRI-NATIONS EXPRESS,** | * | 3:07-cv-00453-WKW |
| **INC. d/b/a TNX, INC.;** | * | |
| **EDUVIGES PENA; et al.,** | * | |
| | * | |
| **Defendants** | * | |

### DEFENDANTS TRI-NATIONS EXPRESS, INC. and EDUVIGES PENA'S MOTION FOR LEAVE TO CONDUCT DISCOVERY TO SUPPORT DEFENDANTS' FRAUDULENT JOINDER POSITION

COME NOW **TRI-NATIONS EXPRESS, INC. d/b/a TNX, INC.** ("TNX") and **EDUVIGES PENA** ("PENA"), Defendants in the above-styled cause, and respectfully request that this court grant them leave to conduct discovery, which will allow Defendants to provide evidence in support of (1) their claim that Terica Baker acted in concert with Shameca Baker in order to fraudulently join Shameca Baker for the purposes of destroying federal diversity jurisdiction and (2) that there is no reasonable basis for the claims asserted by Terica Baker against Shameca Baker, and

-1-

as such, Terica Baker cannot recover for said claims under Alabama law.

1. Defendants TNX and Pena are contemporaneously filing a memorandum brief in opposition to their motion to remand, in which they set forth their arguments as to why they believe Shameca Baker was fraudulently joined as a defendant in the lawsuit brought by Terica Baker in state court.

2. Defendants TNX and Pena wish to take the deposition of Alabama State Trooper Jason Black, who investigated the accident made the basis of Terica Baker's lawsuit, in order to show that under the facts surrounding this accident there is no reasonable basis for Terica Baker's claim that Shameca Baker acted in a wanton manner at the time of this accident.

3. Defendants TNX and Pena wish to submit interrogatories to Terica Baker and Shameca Baker, which are designed to provide this court with the undisputed facts surrounding the accident, and the relationship between the Bakers, so that this court can clearly see that Terica Baker's wantonness claim is unreasonable and unfounded and asserted for the sole purpose of defeating this court's diversity jurisdiction.

WHEREFORE, premises considered, Defendants TNX and Pena respectfully request this court grant them leave to conduct the aforementioned discovery for the reasons set forth above.

Respectfully submitted,

/s/ Donald Simms
K. DONALD SIMMS
ASB-9801-M63K
*Counsel for Defendants TNX and Pena*

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
The Financial Center
505 20th Street, N., Suite 500
Birmingham, Alabama 35203
Telephone: (205) 226-5200
Facsimile: (205) 226-5226
E-mail: kerisimms@mhsolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stanley Gray
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083-0239
*Counsel for Defendants TNX and Pena*

Mr. Milton Davis
P.O. Box 830509
Tuskegee, AL 36083-0509
*Counsel for Terica Baker*

Mr. Charles James
Mr. Tyrone C. Means
THOMAS, MEANS, GILLIS & SEAY, P.C.
P.O. Drawer 5058
Montgomery, AL 36103-5058
*Counsel for Shameca Moneca Baker and her minor children*

_____
OF COUNSEL