IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERICA BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv453-WKW |
| ) | |
| TRI-NATIONS EXPRESS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants Tri-Nations Express, Inc.'s and Eduviges Pena's Motion for Discovery to Support Defendants' Fraudulent Joinder Position (Doc. #27), filed June 22, 2007, it is

ORDERED that Plaintiff shall file a response to the motion on or before July 9, 2007.

DONE this 25th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE