IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TERICA BAKER** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| vs. | \*   **CIVIL ACTION NO. CV- 3:07-cv-453** |
| | \* |
| | \* |
| **TRI-NATIONS EXPRESS, INC., et al.,** | \* |
| | \* |
| Defendants | |

_____

**DEFENDANT/CROSS PLAINTIFF SHAMECA BAKER'S RESPONSE TO DEFENDANTS TRI-NATIONS EXPRESS, INC. AND EDUVIGES PENA'S MOTION FOR LEAVE TO CONDUCT DISCOVERY TO SUPPORT DEFENDANTS' FRAUDULENT JOINDER POSITION**

Defendant/Cross-Plaintiff Shameka Baker files this Response to Defendants Tri-Nations Express, Inc. and Eduviges Pena's Motion for Leave to Conduct Discovery to Support Defendants' Fraudulent Joinder Position, and states:

1. Cross-Plaintiff incorporates all other pleadings, motions and memorandums submitted by undersigned counsel.

2. Defendants Tri-Nations Express, Inc. and Eduviges Pena's have failed to cite any legal authority in their Motion for Leave to Conduct Discovery to Support Defendants' Fraudulent Joinder Position.

3. The Defendants' Motion for Leave to Conduct Discovery to Support Defendants' Fraudulent Joinder Position is nothing more than a rehashing of Defendants' Motions for Emergency Deposition Notice and for Emergency Discovery Order, which this Honorable Court already denied in its Order dated June 4, 2007.

4. Defendants Tri-Nations Express, Inc. and Eduviges Pena have no legitimate interest in the adjudication of the issue of wantonness on the part of Defendant/Cross-Plaintiff Shameka Baker. Plaintiff Terica Baker has not yet had the opportunity to engage in discovery to prove that Defendant/Cross-Plaintiff Shameka Baker engaged in wanton conduct, and Defendant/Cross-Plaintiff Shameka Baker has not yet had the opportunity to defend such an allegation of wanton conduct. To allow the Defendants Tri-Nations Express, Inc. and Eduviges Pena to prematurely circumvent Terica Baker's and Shamkea Baker's respective legal burdens simply to avoid this matter being remanded could cause a res judicata effect on Terica Baker's burdens and Shameka Baker's defenses.

WHEREFORE, Shameca Baker respectfully requests that this Court deny said Motion for Leave to Conduct Discovery.

Respectfully Submitted,

/s/ Tyrone C. Means
Tyrone C. Means (ASB-8760-S80T)
C. Wade Robinson (ASB-4587-R79C)
Charles James, II (ASB-5883-L75J)

**OF COUNSEL:**
THOMAS, MEANS,GILLIS & SEAY,  P.C.
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 (phone)
(334)260-9396 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that all counsel of record are registered in the CM/ECF system and should receive electronic notice.

      /s/ Tyrone C. Means
      **OF COUNSEL**

K. Donald Simms
Miller, Hamilton, Snider & Odom, LLC
The Financial Center
505 20th Street, N., Suite 500
Birmingham, Alabama 35203

Stanley Gray
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, Alabama 36083-0239

Milton Davis, Esq.
P.O. Box 830509
Tuskegee, Alabama 36083-0509