IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERICA BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:07cv453-WKW |
| ) | |
| TRI-NATIONS EXPRESS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF TERICA BAKER'S RESPONSE AND OBJECTION
TO DEFENDANTS TRI-NATIONS EXPRESS, INC., AND
EDUVIGES PENA'S MOTION FOR LEAVE TO CONDUCT DISCOVERY TO
SUPPORT DEFENDANTS' FRAUDULENT JOINDER POSITION**

Comes now the Plaintiff, Terica Baker, by and through her attorney of record, and sets forth her response and objection to the Defendants' Motion for Leave to Conduct Discovery To Support Defendants' Fraudulent Joinder Position as follows:

1. Plaintiff states that this Honorable Court has already denied the Defendants' previous Motion for Emergency Discovery of Trooper Black and the Plaintiffs in this case (Document 21) and Plaintiff reasserts her previous position as set forth in her Motion to Remand (Document 17) and brief in support of remand (Document 23) already filed in this matter. Said responses set forth case law and arguments in support of the Plaintiff's position.

2. Plaintiff objects to any discovery attempts made by the defendants as to any discussions with her attorney of record in that it violates the attorney client privilege.

3. Plaintiff states that the Defendants have not offered any evidence in support of

their motion of fraudulent joinder in this case. Defendants motion alleging fraudulent joinder is mere allegation unsupported by any evidence and Defendants seek to conduct a fishing expedition in hopes of producing evidence to support their motion.

    4. The Defendants are trying to obtain discovery which would go into the substantive issues of this case and place their motion as one of summary judgment and not one of remand or fraudulent joinder.

    WHEREFORE, PREMISES CONSIDERED, Plaintiff, Terica Baker, respectfully requests that this Honorable Court deny the Defendants Motion For Leave to Conduct Discovery To Support Defendants' Fraudulent Joinder Position.

    Respectfully submitted,

/s/ Milton C. Davis
**MILTON C. DAVIS**
**ASB-1050-I31M**
**Attorney for Plaintiff Terica Baker**

**304 N. MAIN STREET**
**P. O. BOX 830509**
**TUSKEGEE, ALABAMA 36083-0509**
**Tel. (334) 727-6500**
**Fax (334) 727-6556**
**davismiltonc@bellsouth.net**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notification of such filing to the following:

Mr. K. Donald Simms
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
The Financial Center
505 20th Street North, Suite 500
Birmingham, AL 35203
    *Counsel for Defendants TNX and Pena*

Mr. Stanley Gray
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
P. O. Box 830239
Tuskegee, AL 36083-0239
    *Counsel for Defendants TNX and Pena*

Mr. Charles James
Mr. Tyrone C. Means
THOMAS, MEANS, GILLIS & SEAY, P.C.
P. O. Drawer 5058
Montgomery, AL 36103-5058
    *Counsel for Shameca Moneca Baker and Children*

                              **/s/ Milton C. Davis**
                              **OF COUNSEL**