IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERICA BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv453-WKW |
| | ) |
| TRI-NATIONS EXPRESS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of Defendants Tri-Nations Express, Inc.'s and Eduviges Pena's Motion for Leave to Conduct Discovery to Support Defendants' Fraudulent Joinder Position (Doc. #27), filed June 22, 2007, and the objections filed on July 6, 2007, in opposition to those motions (Doc. #30, #31), it is

ORDERED that the motion (Doc. #27) is DENIED, as Defendants have not shown good cause for the expedited discovery at this time in the litigation. Defendants have requested discovery in this matter "to show . . . there is no reasonable basis for Terica Baker's claim that Shameca Baker acted in a wanton manner at the time of this accident" and "to provide . . . undisputed facts surrounding the accident, and the relationship between the Bakers, so that this [C]ourt can clearly see that Terica Baker's wantonness claim is unreasonable and unfounded and asserted for the sole purpose of defeating this [C]ourt's diversity jurisdiction." Defs.'s Mot. for Discovery (Doc. #27) at ¶¶ 2-3. Defendants expressly indicate that the purpose for their requested expedited discovery is to "show" or

"provide . . . . undisputed facts" that there is no reasonable basis for Terica Baker's wantonness claim against Shameca Baker. These statements do not provide justification for expediting discovery; rather, they imply that Defendants seeks to discover information relevant to their defense. There are, however, pending motions before the District Court, which have delayed the commencement of discovery in this case. Because Defendants have not provided good cause for prematurely (and unfairly) conducting discovery at this point, the undersigned denies the motion.

     DONE this 9th day of July, 2007.

                                      /s/ Wallace Capel, Jr.
                                      WALLACE CAPEL, JR.
                                      UNITED STATES MAGISTRATE JUDGE