IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TERICA BAKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:07cv453-WKW |
| ) | |
| **TRI-NATIONS EXPRESS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF TERICA BAKER'S RESPONSE AND OBJECTION TO DEFENDANTS TRI-NATIONS EXPRESS, INC., AND EDUVIGES PENA'S APPEAL OF THE DENIAL OF THEIR MOTION FOR LEAVE TO CONDUCT DISCOVERY

Comes now the Plaintiff, Terica Baker, by and through her attorney of record, and sets forth her response and objection to the Defendants' Appeal of the Denial of Their Motion for Leave to Conduct Discovery as follows:

1. Plaintiff states that the Defendants have shown no good cause for expediting discovery in this case and only seek an outlet to conduct discovery relevant to their defense in this case.

2. Plaintiff avers that the Order of Judge Capel (Document 32) denying the Defendants motion was correct in its entirety and reasoning.

3. The Defendants have not made any showing that the State Trooper is or will in the near future discard or destroy any of his notes or alleged evidence he obtained while investigating the accident made the basis of the Plaintiff's complaint.  Nor can they show that anything resulting from his investigation is nothing more than his opinions and

conclusions based upon said investigation, in that he did not see the accident happen.

    4. Plaintiff objects to any discovery attempts made by the defendants as to any discussions with her attorney of record in that it violates the attorney client privilege.

    5. That the Plaintiff has previously briefed this issue thoroughly in the Plaintiff's Brief in Support of Motion to Remand (Document 23) and relies on it in opposition to this Appeal by the Defendants.

    WHEREFORE, PREMISES CONSIDERED, your Plaintiff respectfully requests that this Honorable Court deny the Defendants' appeal and their motion for leave to conduct discovery in this cause.

    Respectfully submitted,

    **/s/ Milton C. Davis**
    **MILTON C. DAVIS**
    **ASB 1050-I31M**
    **Attorney for Plaintiff**

**304 N. MAIN STREET**
**P. O. BOX 830509**
**TUSKEGEE, ALABAMA 36083-0509**
**Tel. (334) 727-6500**
**Fax (334) 727-6556**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading by service through Case Management/Electronic Case Filing (CM/ECF) , on this the 26th day of July, 2007, to the following:

Mr. K. Donald Simms
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
The Financial Center
505 20th Street North, Suite 500
Birmingham, AL 35203
   *Counsel for Defendants TNX and Pena*

Mr. Stanley Gray
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
P. O. Box 830239
Tuskegee, AL 36083-0239
   *Counsel for Defendants TNX and Pena*

Mr. Charles James
Mr. Tyrone C. Means
THOMAS, MEANS, GILLIS & SEAY, P.C.
P. O. Drawer 5058
Montgomery, AL 36103-5058
   *Counsel for Shameca Moneca Baker and Children*

/s/ Milton C. Davis
OF COUNSEL