IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TERICA BAKER** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. CV- <u>3:07-cv-453</u> |
| | * |
| **TRI-NATIONS EXPRESS, INC., et al.,** | * |
| | * |
| **Defendants** | |

_____

**DEFENDANT/CROSS PLAINTIFF SHAMECA BAKER'S RESPONSE AND OBJECTION TO DEFENDANTS TRI NATIONS EXPRESS, INC. d//b/a TNX, INC. & EDUVIGES PENA'S APPEAL FROM MAGISTRATE JUDGE'S DENIAL OF DEFENDANTS' MOTION FOR LEAVE TO CONDUCT DISCOVERY**

Comes Now Defendant/Cross-Plaintiff Shameka Baker (hereinafter "Cross Plaintiff") and hereby responds to "Defendants Tri-Nations Express, Inc. d/b/a TNX, Inc. and Eduviges Pena's Appeal from Magistrate Judge's Denial of Defendants' Motion for Leave to Conduct Discovery" and states the following:

1. Cross-Plaintiff maintains her prior position that the Defendants are not entitled to conduct discovery and that this matter should be remanded to the Circuit Court of Macon County, Alabama, where this action was originally filed.

2. Furthermore, Cross-Plaintiff states that the Defendants have shown no good cause for expediting discovery in this case and only seek an outlet to conduct discovery relevant to their defense in this case.

3. Cross-Plaintiff objects to any discovery that violates attorney-client privilege.

4. In support thereof, Cross Plaintiff relies upon her previous submissions (Document 18, Document 19 and Document 29) already filed with this Court,

1

as well as the Order issued by this Court that directly addresses this issue on appeal (Document 32).

WHEREFORE, PREMISES CONSIDERED, Cross Plaintiff respectfully requests that this Honorable Court deny the Defendants' Appeal and Motion for Leave to Conduct Discovery in this cause.

    Respectfully submitted,

/s/ Charles James, II
TYRONE C. MEANS (MEA003)
C. WADE ROBINSON (ROB003)
CHARLES JAMES, II (JAM028)
    Attorneys for Shameca Baker

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
Post Office Drawer 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058
Tel: (334) 270-1033
Fax: (334) 260-9396

### CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that all counsel of record are registered in the CM/ECF system and should receive electronic notice.

/s/ Charles James, II
**OF COUNSEL**