IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| TERICA BAKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:07cv453-WKW |
| | ) |
| TRI-NATIONS EXPRESS, INC., et. al., | ) |
| | ) |
|     Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW TERICA BAKER, the PLAINTIFF in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

(X)      This party is an individual, or

☐      This party is a governmental entity, or

☐      There are no entities to be reported, or

☐      The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

11/30/2007                    /s/ Milton C. Davis
                                     ASB-1050-I31M
      Date                      Counsel for Plaintiff Terica Baker

                                     304 North Main Street
                                     PO Box 830509
                                     Tuskegee, AL 36083-0509
                                     Address, City, State Zip Code
                                     334 727-6500
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

## **CERTIFICATE OF SERVICE**

I, Milton C. Davis, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail, on this 30th day of November 2007, to:

Stanley F. Gray sgray@glsmgn.com,graysf@aol.com

Charles James, II ejames@tmgslaw.com,cawoods@tmgslaw.com

Tyrone Carlton Means tcmeans@tmgpc.com, kcparker@tmgpc.com

Carl Wade Robinson cwrobinson@tmgslaw.com,kmtaylor@tmgslaw.com

Keri Donald Simms kerisimms @mhsolaw.com, teresadole@mhsolaw.com


| | |
|---|---|
| 11/30/2007 | /s/ Milton C. Davis |
| Date | Signature |