IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TERICA BAKER** | \* |
| | \* |
| **Plaintiff,** | \* |
| | \* |
| vs. | \* CIVIL ACTION NO. CV- <u>**3:07-cv-453**</u> |
| | \* |
| **TRI-NATIONS EXPRESS, INC., et al.,** | \* |
| | \* |
| **Defendants** | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Shameca Baker, individually, and as mother and next friend of her minor children, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

   __X_   These parties are individuals, or

   ____   This party is a governmental entity, or

   _X__   There are no entities to be reported, or

   ____   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

| | |
|---|---|
| 12/03/2007 | /s/ Tyrone C. Means |
| | Tyrone C. Means (MEA001) |
| | C. Wade Robinson (ROB003) |
| | Charles James, II (JAM028) |

**OF COUNSEL:**
THOMAS, MEANS,GILLIS & SEAY, P.C.
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 (phone)
(334)260-9396 (fax)


### CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that all counsel of record are registered in the CM/ECF system and should receive electronic notice.

                                                                              /s/ Tyrone C. Means
                                                                              **OF COUNSEL**


K. Donald Simms
Miller, Hamilton, Snider & Odom, LLC
The Financial Center
505 20th Street, N., Suite 500
Birmingham, Alabama 35203

Stanley Gray
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, Alabama 36083-0239

Milton Davis, Esq.
P.O. Box 830509
Tuskegee, Alabama 36083-0509