IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern _____ DIVISION

Terica Baker
_____ ,   )
                                       )
                                       )
        Plaintiff,                     )
                                       )
                                       )
v.                                     )   CASE NO. 3:07-cv-00453-WKW
                                       )            _____
Tri-Nations Express, Inc. d/ba TNX, Inc.; et al.   )
_____ ,   )
                                       )
        Defendants,                    )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Eduviges Pena</u>_____ , a <u>Defendant</u>  in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]   This party is an individual, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                        <u>Relationship to Party</u>

_____            _____

_____            _____

_____            _____

11/30/2007                           _____
_____            (Signature)
        Date                         K. Donald Simms
                                     (Counsel's Name)

                                     Tri-Nations Express, Inc. d/b/a TNX, Inc. and Eduviges Pena
                                     _____
                                     Counsel for (print names of all parties)
                                     Miller, Hamilton, Snider & Odom, LLC
                                     _____
                                     505 20th Street N., Ste. 500 Birmingham, AL 35203
                                     Address, City, State Zip Code
                                     205-226-5200
                                     _____
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern _____ DIVISION

## CERTIFICATE OF SERVICE

I, K. Donald Simms _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by electronic mail _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 30th ____ day of November _____ 20 07, to:

Stanley Gray, GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON, P.O. Box 830239,

Tuskegee, AL 36083 (Counsel for Defendants TNX and Pena);

Milton Davis, P.O. Box 830509, Tuskegee, AL 35083 (Counsel for Terica Baker);

Tyrone Means, THOMAS, MEANS, GILLIS & SEAY, P.C., P.O. Drawer 5058, Montgomery, AL 36103

(Counsel for Shameca Baker and her minor children)

11/30/2007
_____          _____
Date                                          Signature